# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

CHERYL CURTI
    *Complainant,*

v.                                      C.A. No.: 1:22-cv-00221-WES-PAS

CITY OF EAST PROVIDENCE,
By and through its Finance
Director, MALCOLM MOORE
    *Respondent.*

## **DISMISSAL STIPULATION**

    Now come the Parties and hereby agree that the cause of action brought by the Plaintiff, Cheryl Curti, against the City of East Providence, by and through its Finance Director Malcolm Moore, is hereby dismissed with prejudice, with no interest or costs to any party.


Plaintiff,                                                Defendant,
By her Attorney,                                   By its Attorney,

*/s/ V. Edward Formisano*                      */s/ Sarah D. Boucher*
V. Edward Formisano (#5512)             Sarah D. Boucher, Esq. (#10272)
Formisano & Company, P.C.                DeSisto Law LLC
100 Midway Place, Suite 1                   60 Ship Street
Cranston, RI 02920-5707                    Providence, RI 02903
(401) 944-9691                                    (401) 272-4442
(401) 944-9695 (facsimile)                 sarah@desistolaw.com
edf@formisanoandcompany.com

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, a true copy of the within was filed electronically via the Court's CM/ECF System. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System. Service on the counsel of record has been effectuated by electronic means.

*/s/ Sarah D. Boucher*